# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL G.,**<br><br>                       **Plaintiff,**<br><br>    **v.**<br><br>**FRANK BISIGNANO, Commissioner of Social Security,**<br><br>                       **Defendant.** | **CIVIL ACTION NO. 24-1870** |

## ORDER

**AND NOW,** this 20th day of August 2025, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Plaintiff's Objections to the Report and Recommendation [Doc. No. 15] are **OVERRULED**.

2. The Report and Recommendation [Doc. No. 14] is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review [Doc. No. 9] is **DENIED**.

4. Pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF** Defendant and **AGAINST** Plaintiff.

5. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  /s/ Cynthia M. Rufe
                                                  _____
                                                  **CYNTHIA M. RUFE, J.**